IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCELENA HOPKINS | * | |
| Plaintiff | * | |
| v. | * | Civil Action Case No. WMN-12-2305 |
| THE LAW OFFICES OF GREG ALEXANDRIDES, LLC | * | |
| | * | |
| Defendant | | |

\*\*\*

# O R D E R

Plaintiff, by her counsel, has filed a notice of voluntary dismissal. At this preliminary stage of the proceeding, no service has been made on defendant. Accordingly, it is this 10th day of October 2012, by the United States District Court for the District of Maryland, hereby ORDERED that this case IS DISMISSED without prejudice and CLOSED.

_____/s/_____
William M. Nickerson
Senior United States District Judge